UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORRIE WATT, individually,<br><br>Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE N.V. d/b/a HOLLAND AMERICA LINE N.V. LLC, HAL ANTILLEN N.V. LLC, HOLLAND AMERICA LINE INC., AND HOLLAND AMERICA LINE-USA INC., owners/operators of the MS NIEUW AMSTERDAM and ONESPA WORLD U.S., INC.,<br><br>Defendants. | AT LAW AND IN ADMIRALTY<br><br>CASE NO.: 2:24-cv-00155-RSL<br><br>**ORDER ON HAL DEFENDANTS' UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE** |

The Court being fully advised hereby ORDERS that the deadline for Defendants, HOLLAND AMERICA LINE N.V. d/b/a HOLLAND AMERICA LINE N.V. LLC, HAL ANTILLEN N.V. LLC, HOLLAND AMERICA LINE INC., and HOLLAND AMERICA LINE-USA INC. (collectively "HAL Defendants") to file their Response (Answer and/or Motion to Dismiss) to Plaintiff's Complaint is extended by fourteen (14) days and is now due on or before March 29, 2024.

Dated this 15th day of March, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge