UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORRIE WATT, individually,<br><br>                      Plaintiff,<br><br>         v.<br><br>HOLLAND AMERICA LINE N.V. d/b/a HOLLAND AMERICA LINE N.V. LLC, HAL ANTILLEN N.V. LLC, HOLLAND AMERICA LINE INC., AND HOLLAND AMERICA LINE-USA INC., owners/ operators of the MS NIEUW AMSTERDAM and ONESPA WORLD U.S., INC.,<br><br>                      Defendants. | AT LAW AND IN ADMIRALTY<br><br>Case No.: 2:24-cv-00155-RSL<br><br>**ORDER** |

Based on the Parties **JOINT STIPULATION REGARDING PROPER PARTY DEFENDANTS AND FOR DISMISSAL OF DEFENDANTS HOLLAND AMERICA LINE INC. AND HOLLAND AMERICA LINE-USA INC.,** and good cause appearing,

IT IS HEREBY ORDERED:

1. Defendants HOLLAND AMERICA LINE INC. and HOLLAND AMERICA LINE-USA INC. are dismissed without prejudice. If either of these entities is later brought back into

the case, the filing date for same shall relate back to the original filing date of Plaintiff's Complaint herein.

2. In future filings, the Parties shall modify the Caption of the case to reflect only the remaining HAL Defendants, HAL ANTILLEN N.V. and HOLLAND AMERICA LINE N.V.

IT IS SO ORDERED.

Dated this 27th day of March, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge