1
2
3
4
5
6

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORRIE WATT, individually, | AT LAW AND IN ADMIRALTY |
| Plaintiff, | Case No.: 2:24-cv-00155 |
| v. | **ORDER** |
| HOLLAND AMERICA LINE N.V. d/b/a HOLLAND AMERICA LINE N.V. LLC, HAL ANTILLEN N.V. LLC, HOLLAND AMERICA LINE INC., AND HOLLAND AMERICA LINE-USA INC., owners/ operators of the MS NIEUW AMSTERDAM and ONESPA WORLD U.S., INC., | |
| Defendants. | |

Based on the Parties **JOINT STIPULATION SUBSTITUTING DEFENDANT ONESPA WORLD (BAHAMAS) LIMITED AS THE PROPER DEFENDANT AND DISMISSING ONESPA WORLD U.S. INC.,** and good cause appearing,

IT IS HEREBY ORDERED:

1

ORDER
Case No.: 2:24-cv-00155

1. Defendant ONESPA WORLD U.S. INC. is hereby dismissed without prejudice. If ONESPA WORLD U.S. INC. is later brought back into the case, the filing date for same shall relate back to the original filing date of Plaintiff's Complaint herein.

2. In future filings, the Parties shall modify the Caption of the case to reflect the substitution of ONESPA WORLD (BAHAMAS) LIMITED as the defendant in lieu of ONESPA WORLD U.S. INC.

Dated this 2nd day of April, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge