UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORRIE WATT, individually,<br><br>Plaintiff,<br><br>v.<br><br>HAL ANTILLEN N.V.,<br>HOLLAND AMERICA LINE N.V,<br>and ONESPAWORLD (BAHAMAS) LIMITED,<br><br>Defendants. | AT LAW AND IN ADMIRALTY<br><br>Case No.: 2:24-cv-00155-RSL<br><br>**ORDER** |

THIS CAUSE, having come before the Court on Brasilia Echevarria's Notice of Withdrawal as Counsel of Record, and the Court having been fully advise, it is hereby:

ORDERED AND ADJUDGED that attorney Brasilia Echevarria is hereby terminated from representation of the Defendants, HAL ANTILLEN, N.V., HOLLAND AMERICA LINE N.V. and ONESPAWORLD (BAHAMAS) LIMITED and withdrawn from this case.

Dated this 22nd day of July, 2024.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

1

ORDER
Case No.: 2:24-cv-00155