UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

AT LAW AND IN ADMIRALTY

| | |
|---|---|
| LORRIE WATT, individually,<br><br>          Plaintiff,<br><br>   v.<br><br>HOLLAND AMERICA LINE N.V. d/b/a HOLLAND AMERICA LINE N.V. LLC, HAL ANTILLEN N.V. LLC, owners/ operators of the MS NIEUW AMSTERDAM and ONESPA WORLD (BAHAMAS) LIMITED<br><br>          Defendants. | NO. 2:24-cv-00155-RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES SET FORTH IN DKT 33** |

THIS MATTER having come before the court on the parties Stipulated Motion to Extend Deadlines Set Forth in Docket 33. The Court considered the pleadings filed in this action and the evidence contained therein.

Being fully advised, now, therefore, it is hereby ORDERED, ADJUDGED and DECREED that Parties' Stipulated Motion to Extend Deadlines Set Forth in Dkt. 33 is GRANTED. The Court's April 19, 2024, [Dkt.33] Order Setting Trial Date and Related Dates is amended to extend the following deadlines as follows:

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINES SET FORTH IN DKT 33 - 1

STRITMATTER KESSLER
KOEHLER MOORE
3600 15th Ave W, Ste. 300
Seattle, WA 98119
Tel: 206.448.1777

1   Expert Disclosures/Reports under FRCP 26(a)(2) due: January 31, 2025

2   Discovery completed by: March 10, 2025

3   Settlement Conference held by: March 17, 2025

4   All dispositive motions must be filed by: April 11, 2025

5   All other deadlines set forth within the Court's Order of April 19, 2024, shall remain in

6   force.

7   DONE IN OPEN COURT this  4th  day of December, 2024.

    _____
    THE HONORABLE ROBERT S. LASNIK
    United States District Judge

Presented by:

s/Brad J. Moore
Brad J. Moore, WSBA #21802
Andrew Ackley, WSBA #41752
Debora Silberman, WSBA #59302

3600 – 15th Avenue West, Suite 300
Seattle, WA  98119
Telephone: 206.448.1777
Facsimile:  206.728.2131
brad@stritmatter.com
andrew@stritmatter.com
deboras@stritmatter.com
Attorneys for Plaintiff

APPROVED AS TO FORM:

Zachary L. Foreman, WSBA #60533
Darren W. Friedman, *admitted pro hac vice*
Lizbeth Michel-Escandell, *admitted pro hac vice*
FOREMAN FRIEDMAN, P.A.
zforeman@fflegal.com
dfriedman@fflegal.com
*Attorneys for Defendants HAL Antillen N.V.,
Holland America Line N.V. and
OneSpaWorld (Bahamas) Limited*

ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINES SET FORTH IN DKT 33 - 2

STRITMATTER KESSLER
KOEHLER MOORE
3600 15th Ave W, Ste. 300
Seattle, WA 98119
Tel: 206.448.1777